**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**CASE NO.: 0:25-cv-60853-AHS**

**RAYMOND T. MAHLBERG,**

  Plaintiff,

v.

**JBS USA FOOD COMPANY, a Foreign Profit**
**Corporation D/B/A WILD FORK FOODS,**

  Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff and **RAYMOND T. MAHLBERG** Defendant

**JBS USA FOOD COMPANY a Foreign Profit Corporation D/B/A WILD FORK FOODS**,

hereby stipulate to the dismissal with prejudice of this action, with each party to bear its own

attorneys' fees and costs.

 Dated. July 11, 2025

         Respectfully submitted.

By: */s/ Acacia Barros*
Acacia Barros, Esq.
Florida Bar No. 106277
ab@barroslawfirm.com
ACACIA BARROS P.A.
11120 N. Kendall Drive
Miami, FL  33176
Phone: (305) 639-8331
Attorney for Plaintiff

*By: /s/ Joseph Hunt*
Joseph Hunt , Esq.
jhunt@spencerfane.com
Spencer Fane LLP
1700 Lincoln Street
Suite 2000 | Denver, CO 80203
Phone: (303) 839-3775
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2025, that the foregoing document has been filed using
CM/ECF system and will be served on Defendant counsel via CM/ECF system.

      */s/Acacia Barros*
      Attorney for Plaintiff
      ACACIA BARROS, P.A.