UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60853-CIV-SINGHAL

RAYMOND T. MAHLBERG,

     Plaintiff,

v.

JBS USA FOOD COMPANY, a Foreign Profit
Corporation d/b/a WILD FORK FOODS,

     Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** has come before the Court on the Joint Stipulation for Dismissal with Prejudice (DE [9]) filed by the parties on July 11, 2025. The Court having reviewed the Stipulation and being otherwise duly informed therein, it is hereby:

**ORDERED AND ADJUDGED** that this cause shall stand **DISMISSED WITH PREJUDICE.** The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions. All deadlines and hearings are **TERMINATED.**

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 14th day of July 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF